# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 13-273 BPG
)
1058 Bethune Road )
Baltimore, MD 21225 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

1058 Bethune Road, Baltimore, MD 21225, brick two story home with a brown door and a white plackard on the porch with the numbers 1058 written in black.

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A to the affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |

The application is based on these facts:

See attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent J. Matthew Kazlauskas
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-8-13

*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

## Attachment A to Search Warrant

Instrumentalities and evidence relating to armed robberies including any firearms, currency, and all clothing to include, but not limited to, hats, masks, gym bags and back packs, tobacco products, cash register drawers, trash receptacles, cellular phones, cameras, global positioning system, and charging devices, and photographs, documents relating to the occupancy of the residence.